UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

IN RE: AMERILINK, LTD., )
        Debtor. )
) **JUDGMENT IN A CIVIL CASE**
) **CASE NO. 5:14-CV-236-F**

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Leave to Appeal is DENIED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on May 21, 2014, and Copies To:**

N. Hunter Wyche, Jr. (via CM/ECF Notice of Electronic Filing)
Barry Nakell (via CM/ECF Notice of Electronic Filing)

DATE                                     JULIE A. RICHARDS, CLERK
May 21, 2014                           /s/ Susan K. Edwards
                                                  (By) Susan K. Edwards, Deputy Clerk