UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

IN RE: )
)
AMERILINK, LTD., ) **JUDGMENT**
) No. 5:14-CV-236-F
Debtor. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that John Barth Sr.'s Motion to Assess Costs and Attorneys' Fees [DE-22] is ALLOWED. Barry Nakell is ORDERED to pay movant John Barth, Sr., $31,384.65 in attorneys' fees.

**This Judgment Filed and Entered on July 10, 2015, and Copies To:**

N. Hunter Wyche, Jr. (via CM/ECF Notice of Electronic Filing)
Barry Nakell (via CM/ECF Notice of Electronic Filing)

JULIE RICHARDS JOHNSTON, CLERK

DATE (By) /s/ Jacqueline B. Grady
July 10, 2015            Jacqueline B. Grady, Deputy Clerk